2a

MIED ProSe 1 (Rev 5 16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 2:24−cv−13209
Assigned To : Cox, Sean F.
Referral Judge: Grand, David R.
Assign. Date : 12/3/2024
Description: DOE V. EDOFF ET. AL
(CMP) (TH)

_____

*(to be filled in by the Clerk's Office)*

Jane Doe

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

v.

Erik Edoff
Meredith Beard
Andrea Glynn
Nicholas Ellul
Stacey Detrick
Lori Oneal
Deborah langKem

(ET. ALL pg 1-2
See Attachment 1

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jane Doe |
| Street Address | P.O. Box 180001 |
| City and County | Utica macomb |
| State and Zip Code | michigan 48318 U |
| Telephone Number | (586) 208-3614 |
| E-mail Address | Lightoftheworld5@myyahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. (See Attachment #2)
(Pg 1-10)

Defendant No. 1

| | |
|---|---|
| Name | Erik Edoff individual |
| Job or Title (if known) | Former Lanse Cruese Public School - Superendent Harry L. Wheeler Community Center & Administration offices |
| Street Address | 24076 Fredrick Pankow Blvd |
| City and County | Clinton Township, macomb |
| State and Zip Code | michigan 48036 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Meredith Beard individual |
| Job or Title (if known) | PRinciple - Lanse Cruese High School - North |
| Street Address | 23700 Twenty-one Mile Rd |
| City and County | macomb Township, macomb |
| State and Zip Code | michigan 48042 |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name _____ Andrea Glynn _____

Job or Title _Principle - Lanse Creuse Middle School - North_
(if known)

Street Address _46201 Fairchild_

City and County _Macomb Township, Macomb_

State and Zip Code _Michigan 48042_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____ Stacey Detrick _____

Job or Title _Assistant Principle - Lanse Creuse Middle School - North_
(if known)

Street Address _46201 Fairchild_

City and County _Macomb Township, Macomb_

State and Zip Code _Michigan 48042_

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of
cases can be heard in federal court: cases involving a federal question and cases involving
diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United
States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C.
§ 1332, a case in which a citizen of one State sues a citizen of another State or nation and the
amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of
citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

Attachment #2
(Page 1 of 10)

Defendant No. 5
Name:          Nicholas Ellul  individual
Job or Title:  Assistant Principal  LC. HS - North
Street Address:  23700  twenty one Mile Rd
City and County:  Macomb Township, Macomb
State and Zip Code:  Michigan  48042
Telephone number  (586)
EMail Address:


Defendant No. 6
Name:  Michael Poljanac  individual
Job or Title:  Dean of Students  L.C. HS - North
Address:  23700  twenty one Mile Rd
          Macomb Township, macomb
          Michigan  48042
          (586)

Defendant No. 7
   Name:  Lori Oneal  individual
Job/Title:  Counselor  L.C. HS - North
Address:  23700 Twenty one Mile Rd
          Macomb Township, macomb
          Michigan  48042
          (586)

Attachment
(Pg 2 of 10)

Defendant No. 8
  name: Deborah langKem individual
  Job : Counselor - L'anse Creuse Middle School-North
Address : 46201 Fairchild
            macomb Township, macomb
            Michigan 48042


Defendant No. 9
  names Megan Janisa individual
  Job :              - L'anse Creuse High School North
  Address: 23700 Twenty-One mile Rd
            macomb Township, macomb
            michigan 48042


Defendant No. 10
  name: Bryan lorenzo individual
  Job : 6th grade GYM Teacher L'anse Creuse Middle-School North
Address : 46201 Fairchild
            macomb Township, macomb
            michigan 48042


Defendant No. 11
  name: Kelli Bernard individual
  Job : 6th grade Art Teacher L'anse Creuse Middle school North.
  Address : 46201 Fairchild
            macomb Township, macomb
            Michigan 48042

Attachment
(pg 3 of 10)

Defendant No. 12
    name: Allison Boska individual
  Job: 6th grade Science Teacher — L'anse Creuse Middle School North
    Address: 46201 Fairchild
              Macomb Township, Macomb
              Michigan 48042
              (586)


Defendant No 13
        name: Tina Bennion individual
Job: 6th grade Social Stud-Teacher — L'anse Creuse Middle School-Non
        Address: 46201 Fairchild
                  Macomb Township, Macomb
                  Michigan 48042
                  (586)


Defendant No. 14
        name: Ashley lauretti individual
Job: 6th grade English Teacher — Lanse Creuse Middle School North
        Address: 46201 Fairchild
                  Macomb Township, Macomb
                  Michigan 48042
                  (586)


Defendant No. 15
        name: Kim Nyenhuis individual
Job: 6th grade Drama-Teacher — L'anse Creuse Middle School — North
        Address: 46201 Fairchild
                  Macomb Township, Macomb
                  Michigan 48042

Attachment
(Pg 4 of 10)

Defendant No. 16
  name: Jacqueline Ferrazza  individual
Job: 6th grade Tech Ed Teacher - L'anse Creuse Middle School - Nor
  Address: 46201 Fairchild
        Macomb Township, Macomb
        Michigan 48042


Defendant No. 17
  name: Laura Tremblay   individual
Job: 7th grade Soc. Studies Teacher - L'anse Creuse Middle School - Nort
  Address: 46201 Fairchild
        Macomb Township, Macomb
        Michigan 48042


Defendant No. 18
  name: Samantha moucha   individual
Job: 7th grade Math Teacher - Lanse Creuse Middle School - Nort
  Address: 46201 Fairchild
        Macomb Township, Macomb
        Michigan 48042


Defendant No. 19
  name: Joseph monteleone   individual
Job: 7th grade Science Teacher - L'anse Creuse Middle School - Nort
  Address: 46201 Fairchild
        Macomb Township, Macomb
        Michigan 48042

Attachment
(Pg 5 of 10)

Defendant No. 20
name: Angela Capadagli  individual
Job: 7th grade English Teacher - L'anse Creuse Middle School North
Address: 46201 Fairchild
           Macomb Township, Macomb
           Michigan 48042


Defendant No. 21
name: Sneha Rosati  individual
Job: 7th grade Chior Teacher 1st Quater L.C.M.S - North
     Address: 46201 Fairchild
           Macomb Township, Macomb
           Michigan 48042


Defendant No. 22
name: Mary jean York  individual
Job: 7th grade Computer/Internet  L.C.M.S - North
     7th grade Chior 2,3,4 Quater  L.C.M.S - North
Address: 46201 Fairchild
           Macomb Township, Macomb
           Michigan 48042


Defendant No. 23
name: Alisha Krcek  individual
Job: 8th grade Science  - L'anse Creuse Middle School - North
     Address: 46201 Fairchild
           Macomb Township

Attachment
(Pg 6 of 10)

Defendant No. 24
  Name: Carrie Fajou  individual
  Job: Soc Stud. 8th Teacher L.C.M.S-North
  Address:  46201 Fairchild
            Macomb Township, Macomb
            Michigan 48042


Defendant No. 25
Name: Cindy Eckersweiler individual
Job: 8th Grade English Teacher L.C.M.S-north
Address  46201 Fairchild
         Macomb Township, Macomb
         Michigan 48042


Defendant No 26
  name: Jordan David  individual
Job: 12th grade italian Teacher L.C.H.S -North
Address  23700 Twenty-one Mile rd
         Macomb Township, Macomb
         michigan 48042


Defendant 27
Name: John Pizzo  individual
Job: 12th Grade Statistics L.C.H.S -North,
     23700 Twenty-one mile rd
     Macomb Township, Macomb
     Michigan 48042

Attachment
(pg 7 of 10)

Defendant No. 28
 name: Amy Trudeu   individual
 Job : 12th Grade English L.C.H.S - North
 Address: 23700 Twenty-one Mile Rd
          Macomb Township, macomb
          Michigan 48042


Defendant No. 29
 name: Luciano Crescentini  individual
 Job: 12th Grade Health ED L.C.H.S - North
      23700 Twenty-one Mile rd
      Macomb Township, macomb
      Michigan 48042


Defendant No. 30
 name: Kitty Reifert   individual
 Job: 12th Grade Creative writing L.C.H.S-North
 Address: 23700 Twenty-One Mile rd
          Macomb Township, macomb
          Michigan 48042


Defendant No. 31
 name: Carrie Kaitz  individual
 Job: 12th grade Physics L.C.H.S-North
 Address: 23700 Twenty-one mile Rd
          Macomb Township, macomb
          Michigan 48042

Attachment
(Pg 8 of 10)

Defendant No. 32
name: Dawn Hannawi individual
Job: 11th grade Social Studies 1st Semester
Address: 23700 Twenty-one mile Rd
    Macomb Township, macomb
    michigan 48042


Defendant No. 33
name: Terry Ebony individual
Job: 11th grade Social Studies 2nd Semester
Address: 23700 Twenty-one mile rd
    Macomb Township, macomb
    michigan 48042


Defendant No. 34
name: Sheila Springstein individual
Job: 2D Art L'anse Creus High School - North
Address: 23700 Twenty-one mile rd
    Macomb Township, macomb
    michigan 48042


Defendant No. 35
name: Kyle Hagel individual
Job: 1st Semester Algebra 1 Teacher LC.H.S-North
Address: 23700 Twenty-one mile rd
    Macomb Township, macomb
    michigan 48042

Attachment
(Pg 9 of 10)

Defendant No. 36
name: Elmir Sabanovic   individual
Job: 2nd Semester Agebra 1 Teacher L.C.H.S-North
Address: 23700 Twenty-one mile rd
          Macomb Township, macomb
          michigan 48042


Defendant No. 37
name: Kayla Cramer   individual
Job: 1st Semester Algebra 2 Teacher L.C.H.S-North
          23700 Twenty-one mile rd
          Macomb Township, macomb
          michigan 48042


Defendant No. 38
name: Deana Patterson individual
Job: 2nd Semester Algebra 2 Teacher LCHS.-North
Address: 23700 Twenty-one mile rd
          Macomb Township, macomb
          michig n 48042

Attachment
(Pg. 10 of 10)

Defendant No. 39
Name: Daniel Scharf individual
Job: Acting Team Leader U.S. Department of Education Office of Civil
        Rights Division-Ohio Branch
Address: 1350 Euclid Avenue Suite 325
              Cleveland Ohio 44115 - 1812


Defendant No. 40
Name: Chandra S. Baldwin individual
Job: Senior Attorney U.S. Department of Education Office
        of Civil rights division-Ohio Branch
Address: 1350 Euclid Avenue Suite 325
              Cleveland Ohio 44115-1812


Defendant No. 41
Name: Suwan Park          individual
Job:              U.S. Department of Education
    Office of Civil Rights division- Ohio Branch
Address: 1350 Euclid Avenue Suite 325
              Cleveland Ohio 44115-1812


Defendant No. 42
Name: John Cohen          individual
Job: Team leader U.S. Department of Education
    Office of Civil rights division - Ohio branch
    Address: 1350 Euclid Avenue Suite 325
              Cleveland Ohio 44115 -1812

E. T ALL

(Page 1 of 2)

Attachment 1

(2) Meredith Beard
(3) Andrea Glynn
(4) Nicholas Ellul
(5) Stacey Detrick
(6) Michael Poljanac
(7) Lori Oneal
(8) Deborah langkem
(9) Megan Janisa
(10) Bryan Lorenzo
(11) Kelli Bernard
(12) Allison Boska
(13) Tina Bennion
(14) Ashley Lauretti
(15) Kim Nyenhuis
(16) Jacqueline Ferrazza
(17) Laura Tremblay
(18) Samantha moucha
(19) Joseph Monteleone
(20) Angela Capadagli
(21) Sneha Rosati
(22) Maryjean York
(23) Alisha Krcek
(24) Carrie Fajou
(25) Cindy Eckenswiller
(26) Jordan David
(27) John pizzo
(28) Amy Trudeau
(29) Luciano Crescentini
(30) Kitty Pheifert
(31) Carrie Kaitz
(32) Dawn Hannawi
(33) Terry Ebory

E.T. ALL
( Page 2 of 2)
·Attachment 1
Continued

34) Sheila Springstein
35) Kyle Hagel
36) Elmir Sabanovic
37) Kayla Cramer
38) Deana Patterson
39) Daniel Scharf
40) Chandra Baldwin
41) Susan Park
42) John Cohen

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14 Admendment - Equal protection clause
Civil rights Act of 1866 - An Act to protect all persons
in the united States in their Civil rights and
liberties, and furnish the means of their Vindication

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

(See Attachment #3)

Attachment 3

III. Statement of claim

Something always seemed off and not quite right with the way my children's grades and GPA were displayed on Powerschool and in 2022 the fraud surfaced of multiple staff members employed with L'Anse Creuse Middle School North, L'Anse Creuse High School North and L'Anse Creuse Public School System; Illegally manipulating the Powerschool and Schoology systems and illegally Falsifying Public School Records which resulted in my children being overlooked for school awards, academic scholarships and grant opportunities that they otherwise would have been eligible for, the opportunity to be valedictorian, salutatorian as well as kept them ineligible to have their California, New York and Illinois entertainment permits renewed from 2022 until the present.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(See Attachment #4)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12 - 3 -            , 20 24 .

Signature of Plaintiff            Jane Doe
Printed Name of Plaintiff        Jane Doe

Attachment 4

IV. Relief

Seeking 655,640 dollars in actual damages for my children's missed Scholarship and Grant opportunities, missed opportunity to be class Valedictorian, Salutatorian, 1 year of salary wages as well as loss wages for modeling and acting jobs that could not be sought after because the California, New York and Illinois licenses were not able to be renewed during the time of these offenses. I'm also seeking pain and suffering due to the unnecessary stress and anxiety these actions are continuing and they continue to display false/ manipulated grades that give the false fabricated impression that my children are not doing satisfactory in their academic classes which resulted and continues to result in a False /Fabricated reporting of a lower grade and lower GPA then what has actually been achieved.

Seeking Punitive damages in the amount of 150 million dollars because the actions of these defendants are wrong and when anyone who took an oath to protect and to serve are found out to be doing the exact opposite they do not deserve to continue to carry the title that they hold and anyone who thinks they should be able to get away with such deplorable deeds should have to pay the consequences for their action and I hope this dollar amount sends a strong message to anyone thinking of doing this to another child and thinking they will get away with it; to think again.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jane Doe

**DEFENDANTS**

Erik Edoff (ET: ALL See Attachment) #1-2

**(b)** County of Residence of First Listed Plaintiff  Macomb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Macomb
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Civil Statue 18 U.S.C § 1001

Brief description of cause:
Falsified Public School records

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions).*

JUDGE _____

DOCKET NUMBER _____

DATE 12-3-2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP ✓  JUDGE SEAN F. COX  MAG JUDGE DAVID R. GRAND

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?                    ☐ Yes
                                                                                  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other        ☐ Yes
            court, including state court? (Companion cases are matters in which    ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :