12/2/2024

<u>Motion to proceed as Jane Doe</u>

Case: 2:24-cv-13209
Assigned To : Cox, Sean F.
Referral Judge: Grand, David R.
Assign. Date : 12/3/2024
Description: DOE V. EDOFF ET. AL
(CMP) (TH)

I've prepared this motion to respectfully ask the court to keep the name, address, social security number and any other specific identifying information about the plaintiff/victims in this case from public record. Parts of this case involves people who were minors at the time of the offenses and currently and who are still involved in this organization. For fear of retaliation I would like to please request that the identities remain under seal.

Thank you

Jane Doe