March 21, 2025
Jane Doe VS Erik Edoff E.T; ALL
Case # 2:24-CV-13209-SFC-DRG

Motion in Response to Amend Complaint/Response to the defendants motions #3, #9, #10 and the courts Initial Response

You're Honor, Sean F Cox,

    This is a case about Fraud in which there is direct incontrovertible evidence. I believe that is enough probable cause to uphold the initial complaint request to proceed as "Jane Doe" and everything that was initially requested in addition to whistleblower protection. The Defendants Attorney's initial response to this initial filling of this case on 12/3/2024 was released/ received on 2/24/2025 to the Plaintiff. The first official documents from the court dated 3/6/2025 received in response to the initial court filing of this case on 12/3/2024 was released/received to the Plaintiff on 3/19/2025; in which I'm responding to now in this letter. The Second official set of documents from the court dated 3/10/2025 was also received on 3/19/2025 in which I'm also addressing in this response letter. The documents released to the Plaintiff from the court were released/received after the opinion was entered; making it impossible to have given a response to the court in a timely manner. In response to the Defendants Attorney motions; The Attorney stated he is representing all the defendants; that is already a false statement among many other false statements in the response brief. I respectfully ask for an extension to file any future documents necessary. I also respectfully disagree with any future motions to dismiss this case. This is the only copy of this letter filed to this court; additional copies can go to the media outlets then the evidence. I will not provide the defendants a copy of this letter unless the court expresses to do so. Thank you for your time and attention to this case.

Jane DOE