UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.   Case No. 24-13209

ERIK EDOFF, *et al.*,   Sean F. Cox
                                                                                United States District Court Judge

    Defendants.
_____/

## ORDER OF DISMISSAL

Acting *pro se*, an unidentified individual referring to herself as "Jane Doe" filed this civil action on December 3, 2024, asserting claims against more than forty named Defendants.

Thereafter, the matter came before this Court on: 1) Plaintiff's "Motion to proceed as Jane Doe" (ECF No. 3); and 2) a "Motion for More Definite Statement And To Prohibit Proceeding As 'Jane Doe'" (ECF No. 10), filed by a group of the named Defendants. In an Opinion and Order issued on March 6, 2025, this Court denied Plaintiff's Motion to proceed as Jane Doe, ordering as follows:

> Accordingly, the Court hereby **ORDERS** that Plaintiff's Motion to Proceed As Jane Doe is **DENIED** and the Court **ORDERS** that Plaintiff may only proceed in this case under her own full name. **No later than March 31, 2025**, Plaintiff shall file an Amended Complaint in this case that identifies Plaintiff's own full name in its caption and in the body of it.
> **IT IS FURTHER ORDERED that, if Plaintiff fails to file an Amended Complaint identifying her own full name by March 31, 2025, the Court will dismiss this action without prejudice.**
> **IT IS FURTHER ORDERED** that Defendants' Motion for More Definite Statement is **DENIED.** Nevertheless, the Court **ORDERS** that Plaintiff may amend the allegations in any Amended Complaint that Plaintiff files by March 31, 2025, in order to attempt to cure any pleading deficiencies.
> **IT IS FURTHER ORDERED** that Defendants' request for the Court to dismiss this action under Fed. R. Civ. P. 12(b)(6) is **DENIED WITHOUT**

>    **PREJUDICE.**  If they wish to do so, the L'Anse Creuse Defendants may file such a motion after Plaintiff files her Amended Complaint.
>
>    **IT IS FURTHER ORDERED that, no later than April 4, 2025,** Plaintiff shall complete and present to the Clerk's Office the following documents to effect service in this case: 1) One (1) copy of the Complaint for each Defendant; 2) Two (2) USM 285 forms for each Defendant; and 3) Three (3) summonses for each Defendant.
>
>    **IT IS FURTHER ORDERED** that the Clerk shall forward those materials to the U.S. Marshals Service, which is authorized to mail requests for waiver of service to all Defendants, in the manner set forth by Fed. R. Civ. P. 4(d)(2).  If waiver of service is unsuccessful, the U.S. Marshal is directed to serve a copy of the Complaint, summons and this Order upon each Defendant named in the Complaint without prepayment of the usual costs for such service.
>
>    **IT IS SO ORDERED.**

(ECF No. 35 at PageID.235-237).

On or about March 21, 2025, Plaintiff filed a *pro se* "Motion in Response to Amend Complaint / Response to the defendants [sic] motions #3, #9, #10 and the court's initial response."  (ECF No. 37).  The Court construed that *pro se* submission as a motion seeking reconsideration of this Court's denial of Plaintiff's Motion To Proceed As Jane Doe and denied it in an Order issued on March 21, 2025, ordering as follows:

>    **IT IS ORDERED** Plaintiff's Motion for Reconsideration is **DENIED WITH PREJUDICE and that this Court's March 6, 2025 Opinion and Order remains in full force and effect.**  Thus, among other things, no later than March 31, 2025, Plaintiff shall file an Amended Complaint in this case that identifies Plaintiff's own full name in its caption and in the body of it.  Otherwise, this action will be dismissed without prejudice.
>    **IT IS SO ORDERED.**

(ECF No. 38) (emphasis in original).

The docket reflects that, to date, Plaintiff has not filed an Amended Complaint in this action that identifies Plaintiff own full name.  **Accordingly, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  April 16, 2025            s/Sean F. Cox
                                             Sean F. Cox
                                             U. S. District Judge

I hereby certify that on April 16, 2025, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                               s/Emily Vradenburg
                                               Case Manager