UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.                                           Case No. 24-13209

ERIK EDOFF, *et al.*,             Sean F. Cox
                                                      United States District Court Judge

    Defendants.
_____/

## JUDGMENT

    **IT IS ORDERED**, **ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 16, 2025                             s/Sean F. Cox
                                                           Sean F. Cox
                                                           U. S. District Judge

I hereby certify that on April 16, 2025, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                                s/Emily Vradenburg
                                                                  Case Manager