MIED (Rev. 04/09/06) Notice of Appeal

# RECEIVED

APR 3 0 2025

KELLY L. STEPHENS, Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe          Plaintiff(s),

v.

Case No. 24-13209

Judge Sean F. Cox

Magistrate Judge

Eric Edoff   ET: ALL   Defendant(s).

## NOTICE OF APPEAL

Notice is hereby given that _____Jane Doe_____ appeals
                                    [Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:  ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on   4-16-2025  .
                              [Date]

Date: 4-28-2025

Signature: Jane Doe

Counsel is: Pro Se
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No.

Street Address: P.O Box 180001

City, State  Zip Code: Utica MI 48318-0001

Telephone Number: (586) 208-3614

Primary Email Address: lightoftheworld52@myyahoo.Com

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make
your $605.00 check payable to:  Clerk, U.S. District Court.



P.O. Box 180001
Utica, MI 48318-0001

**RECEIVED**

APR 30 2025

KELLY L. STEPHENS, Clerk

RETURN RECEIPT
REQUESTED

Clerks office
Sixth Circuit Court of Appeals
Potter Stewart U.S Courthouse
100 East Fifth Street
Cincinati, Ohio 45202

U.S. POSTAGE PAI
FCM LG ENV
ROYAL OAK, MI 48t
APR 28, 2025

**$10.72**

S2324Y502092-08

45202

RDC 99

Retail

CERTIFIED MAIL

9589 0710 5270 1809 3992 79