Case No. 25-1452

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JANE DOE

      Plaintiff - Appellant

v.

ERIK EDOFF, Former L'Anse Creuse Public School Superintendent; MEREDITH BEARD, Principal, L'Anse Creuse High School-North; ANDREA GLYNN, Principal, L'Anse Creuse Middle School-North; STACEY DETRICK, Assistant Principal, L'Anse Creuse Middle School-North; NICHOLAS ELLUL, Assistant Principal, L'Anse Creuse High School-North; MICHAEL POLJANAE, Dean of Students, L'Anse Creuse High School-North; LORI ONEAL, Counselor, L'Anse Creuse High School-North; DEBORAH LANGKEM, Counselor, L'Anse Creuse Middle School-North; MEGAN JANIJA, L'Anse Creuse High School-North; BRYAN LORENZO, 6th Grade Gym Teacher, L'Anse Creuse Middle School-North; KELLI BERNARD, 6th Grade Art Teacher, L'Anse Creuse Middle School-North; ALLISON BOSKA, 6th Grade Science Teacher, L'Anse Creuse Middle School-North; TINA BENNION, 6th Grade Social Studies Teacher, L'Anse Creuse Middle School-North; ASHLEY LAURETTI, 6th Grade English Teacher, L'Anse Creuse Middle School-North; KIM NYENHUIS, 6th Grade Drama Teacher, L'Anse Creuse Middle School-North; JACQUELINE FERRAZZA, 6th Grade Tech Ed Teacher, L'Anse Creuse Middle School-North; LAURA TREMBLAY, 7th Grade Social Studies Teacher, L'Anse Creuse Middle School-North; SAMANTHA MOUCHA, 7th Grade Math Teacher, L'Anse Creuse Middle School-North; JOSEPH MONTELEONE, 7th Grade Science Teacher, L'Anse Creuse Middle School-North; ANGELA CAPADAGLI, 7th Grade English Teacher, L'Anse Creuse Middle School-North; SNEHA ROSATI, 7th Grade Choir Teacher, L'Anse Creuse Middle School-North; MARYJEAN YORK, 7th Grade Computer/Internet, Choir, L'Anse Creuse Middle School-North; ALISHA KRCEK, 8th Grade Science, L'Anse Creuse Middle School-North; CARRIE FAJOU, Social Studies 8th Teacher, L'Anse Creuse Middle School-North; CINDY ECKENSWILLER, 8th Grade English Teacher, L'Anse Creuse Middle School-North; JORDAN DAVID, 12th Grade Italian Teacher, L'Anse Creuse High School-North; JOHN PIZZO, 12th Grade Statistics, L'Anse Creuse High School-North; AMY TRUDEU, 12th Grade English, L'Anse Creuse High School-North; LUCIANO CRESCENTINI, 12th Grade Health Ed, L'Anse Creuse High School-North; KITTY REIFERT, 12th Grade Creative Writing, L'Anse Creuse High School-North; CARRIE KAITZ, 12th Grade Physics, L'Anse Creuse High School-North; DAWN HANNAWI, 11th Grade Social Studies 1st Semester; TERRY EBORY, 11th Grade Social Studies 2nd Semester; SHEILA SPRINGSTEIN, 2D Act, L'Anse Creuse High School-North; KYLE HAGEL, 1st Semester Algebra 1 Teacher, L'Anse Creuse High School-North; ELMIR SABANOVIC, 2nd Semester Algebra 1 Teacher, L'Anse Creuse High School-North; KAYLA GRAMER, 1st Semester Algebra 2 Teacher, L'Anse Creuse High School-North; DEANA PATTERSON, 2nd Semester Algebra 2 Teacher, L'Anse Creuse High School-North;

DANIEL SCHARF, Acting Team Leader, U.S. Department of Education Office of Civil Rights Division - Ohio Branch; CHANDRA S. BALDWIN, Senior Attorney, U.S. Department of Education Office of Civil Rights Division - Ohio Branch; SUWAN PARK, U.S. Department of Education Office of Civil Rights Division - Ohio Branch; JOHN COHEN, Team Leader, U.S. Department of Education Office of Civil Rights Division - Ohio Branch

        Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

      The proper fee was not paid by June 9, 2025

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                 **ENTERED PURSUANT TO RULE 45(a),**
                                 **RULES OF THE SIXTH CIRCUIT**
                                 Kelly L. Stephens, Clerk

Issued:  June 24, 2025

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/24/2025.

**Case Name:** Jane Doe v. Erik Edoff, et al
**Case Number:** 25-1452

**Docket Text:**
ORDER filed to dismiss for want of prosecution - fee not paid by June 9, 2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:    Order

**Notice will be sent to:**

Jane Doe
P.O. Box 180001
Utica, MI 48318-0001

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Kinikia D. Essix