No. 25-1452

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 16, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff - Appellant, | ) |
| v. | )    O R D E R |
| ERIK EDOFF, Former L'Anse Creuse Public School Superintendent, et al., | ) |
| Defendants - Appellees. | ) |

On June 24, 2025, the clerk dismissed this appeal for failure to pay the $605 appellate filing fee. At that time, the Clerk for the United States District Court for the Eastern District of Michigan represented that the plaintiff had not paid the filing fee. However, the Michigan Clerk now advises that the appellate filing fee was satisfied on May 7, and the record reflects same. As payment was timely made, the clerk otherwise would have had no grounds to dismiss this appeal. Accordingly, as the perceived defect that led to dismissal was not, in fact, a defect, the motion to reinstate is GRANTED. This caused is returned to the court's active docket, and a briefing schedule will issue separately.

The plaintiff's motion to amend the case caption will be REFERRED to the merits panel along with the parties' briefs.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/16/2025.

**Case Name:** Jane Doe v. Erik Edoff, et al
**Case Number:** 25-1452

**Docket Text:**
ORDER filed granting motion to reinstate case [7406544-2] filed by Jane Doe. The plaintiff's motion to amend the case caption will be REFERRED to the merits panel along with the parties' briefs.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Jane Doe
P.O. Box 180001
Utica, MI 48318-0001

**A copy of this notice will be issued to:**

Ms. Hilary Ann Ballentine
Ms. Kinikia D. Essix