UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

ERIK EDOFF, Former
L'Anse Creuse Public
School Superintendent, et al.,

    Defendants.
_____/

Case No. 24-cv-13209
Honorable Linda V. Parker

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff filed this lawsuit against forty named Defendants on December 3, 2024, and moved to proceed under a pseudonym.  The Honorable Sean F. Cox, to whom this case was then assigned, denied Plaintiff's motion to proceed anonymously and ordered her to file an amended complaint identifying her full name by March 31, 2025.  (ECF No. 35.)  Judge Cox warned Plaintiff that the failure to file an amended pleading by the deadline would result in the lawsuit being dismissed without prejudice.  (*Id*.)

When Plaintiff failed to file an amended complaint by the deadline, Judge Cox in fact dismissed the action without prejudice.  (ECF No. 43.)  A Judgment

closing the case was entered on April 16, 2025. (ECF No. 44.) Plaintiff has filed an appeal. (ECF No. 45.)

Although the appeal remains pending, Plaintiff filed a motion to amend her Complaint on October 7, 2025. (ECF No. 49.) Due to Judge Cox's retirement from the bench, the matter was reassigned to the undersigned pursuant to Eastern District of Michigan Local Rule 83.11. Because the lawsuit currently is closed, any amendment—particularly one that does not attempt to cure the defect leading to its closure—is premature. If the Sixth Circuit Court of Appeals reverses Judge Cox's decision and orders Plaintiff's Complaint reinstated, Plaintiff may then seek leave to amend her Complaint. If the appellate court affirms Judge Cox's decision, this lawsuit will remain closed. As the dismissal was without prejudice, however, Plaintiff may initiate a new lawsuit by repaying the filing fee and filing the now sought to be filed amended pleading.

Thus, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's motion to file an amended complaint.

Date: October 10, 2025                             s/LINDA V. PARKER
                                                   U.S. DISTRICT JUDGE